1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS J. MEGINNISS, O/B/O
MARIE L. MELLAND (Deceased),

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

Case No. C12-1123-RAJ-JPD

ORDER REMANDING CASE

      The Court has considered plaintiff's complaint, the parties' stipulated motion for remand, the Report and Recommendation (Dkt. # 13) of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation.

      (2)    This case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

//

//

//

ORDER REMANDING CASE
PAGE - 1

1          (3)      The Clerk of the Court is directed to send copies of this Order to the parties and

2   to Judge Donohue.

3          DATED this 26th day of November, 2012.

4

5                                                    _____

6                                                    The Honorable Richard A. Jones
                                                     United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2