UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS J. MEGINNISS, O/B/O<br>MARIE L. MELLAND (Deceased),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>Defendant. | Case No. C12-1123-RAJ-JPD<br><br>ORDER REMANDING CASE |

The Court has considered plaintiff's complaint, the parties' stipulated motion for remand, the Report and Recommendation (Dkt. # 13) of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   This case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

//

//

//

ORDER REMANDING CASE
PAGE - 1

1       (3)     The Clerk of the Court is directed to send copies of this Order to the parties and
2 to Judge Donohue.

3       DATED this 26th day of November, 2012.

<br/>

                                                 *Richard A. Jones*

                                           The Honorable Richard A. Jones
                                         United States District Court Judge

ORDER REMANDING CASE
PAGE - 2