1

Hon. Richard A. Jones

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

TRAVIS J. MEGINNISS, on behalf of
MARIE LYNN MELLAND (deceased),

No.   2:12-cv-01123-RAJ

9

10

Plaintiff,

ORDER ON MOTION
FOR EAJA FEES

11

v.

12

13

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

14

Defendant.

15

16

THIS MATTER having been brought before this Court upon Plaintiff's

17

Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court

18

having fully considered this matter:

19

20

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's

21

Motion is GRANTED and Plaintiff is awarded attorneys' fees in the amount of

22

$6,798.68, and reimbursement of expenses in the amount of $28.02, for a total of

23

24

$6,826.70, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to

25

any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

26

1        Plaintiff is also awarded $366.90 in costs under 28 U.S.C. § 1920.  The

2    check(s) shall be mailed to Plaintiff's attorney's office:  Law Office of Steven M.

3

4    Robey, 1414 F Street, Bellingham, WA 98225.  If it is determined that Plaintiff's

5    EAJA fees are not subject to any offset allowed under the Department of the

6    Treasury's Offset Program, the check for EAJA fees shall be made payable to the

7    Law Office of Steven M. Robey, based upon Plaintiff's assignment of these amounts

8    to Plaintiff's attorney.

9
         DATED this 17th day of June, 2015.
10

11

12   _____
     The Honorable Richard A. Jones
13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26